CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 27 2014

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **FRANK PAUL FERRARA,** | ) | Civil Action No. 7:13-cv-00602 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LORI B. SISSON, et al.,** | ) | By:  Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that the federal claims raised in the Complaint are **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); any claim based on state law is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1367(c); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 27th day of January, 2014.

/s/ Michael F. Urbanski
United States District Judge